IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADMINPROS, LLC, an Illinois Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC AFFAIRS COUNSEL, INC., an Alabama Corporation, and RICHARD WILLIS, an Individual,<br><br>Defendants. | Case No. 13-cv-4352<br><br>Hon. Gary Feinerman |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of all claims with prejudice. Each party will bear its own fees and costs in connection with the dismissed action.

Dated: September 30, 2013

                                              Respectfully submitted,

                                              s/ Jill C. Taylor
                                              Timothy E. Horton
                                              Jill C. Taylor
                                              UNGARETTI & HARRIS LLP
                                              3500 Three First National Plaza
                                              Chicago, Illinois 60602
                                              Telephone (312) 977-4400
                                              Facsimile (312) 977-4405

                                              *Attorneys for plaintiff AdminPros, LLC*

4845-0254-6966.1

## CERTIFICATE OF SERVICE

I, Jill C. Taylor, an attorney, certify that on September 30, 2013, a copy of the foregoing **AGREED STIPULATION OF DISMISSAL WITH PREJUDICE** was filed with the Clerk's CM/ECF System.

/s/ Jill C. Taylor

4845-0254-6966.1